# United States Court of Appeals for the Federal Circuit

---

March 19, 2012

**ERRATA**

---

Appeal No. 2010-1376
(Opposition No. 91168556)

**BRIDGESTONE AMERICAS TIRE OPERATIONS, LLC (FORMERLY BRIDGESTONE FIRESTONE NORTH AMERICAN TIRE, LLC) AND BRIDGESTONE CORPORATION,**
APPELLANTS,

**v.**

**FEDERAL CORPORATION,**
APPELLEE.

Decided: March 16, 2012
Precedential Opinion

---

Please make the following change:

The correct panel of judges is:

"Before NEWMAN, PLAGER, and BRYSON, *Circuit Judges*."